UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PATRICK JAMES SELLEM,

    Petitioner,

v.

STATE OF WASHINGTON,

    Respondent.

CASE NO. 3:19-cv-05659-RBL-JRC

REPORT AND RECOMMENDATION

NOTED FOR: NOVEMBER 15, 2019

The District Court has referred this action filed under 28 U.S.C. § 2254 to United States Magistrate Judge J. Richard Creatura. On July 16, 2019, petitioner, proceeding *pro se*, filed his proposed habeas corpus petition. Dkt. 1. Petitioner did not file an application to proceed *in forma pauperis* ("IFP") or pay the filing fee. Dkt. 1; Dkt. 2. On July 18, 2019, the Clerk's Office issued a notice of deficiency and instructed petitioner to pay the filing fee or file the proper IFP form and provided petitioner with the correct IFP form. Dkt. 2; Dkt. 2-1. Petitioner failed to respond to the Clerk's notice. *See* Dkt.

REPORT AND RECOMMENDATION - 1

1      On September 9, 2019, the Court ordered petitioner to submit the proper IFP form or pay the filing fee by October 4, 2019. Dkt. 3. The Court warned petitioner that failure to comply with the Court's order would result in a recommendation that this case be dismissed. Dkt. 3.

      Petitioner has failed to comply with the Court's order. He has not filed a proper IFP form or paid the filing fee. Accordingly, the Court recommends that this case be dismissed without prejudice.

      Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on November 15, 2019 as noted in the caption.

Dated this 23rd day of October, 2019.

J. Richard Creatura
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2