# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

PATRICK JAMES SELLEM,

    Petitioner,

v.

STATE OF WASHINGTON,

    Respondent.

CASE NO. 3:19-CV-05659-RBL-JRC

PROPOSED ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The case dismissed without prejudice.

**DATED** this 15th day of November, 2019.

Ronald B. Leighton
United States District Judge